Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  25−14312−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Margaret A McAnany Barksdale
   aka Margaret A McAnany
   24 Stag Run
   Sewell, NJ 08080

Social Security No.:
   xxx−xx−2061

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              7/2/25
Time:              09:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: May 19, 2025
JAN: eag

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 25-14312-JNP
Margaret A McAnany Barksdale  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 5
Date Rcvd: May 19, 2025      Form ID: 132      Total Noticed: 55

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Margaret A McAnany Barksdale, 24 Stag Run, Sewell, NJ 08080-3301 |
| 520632575 | | Raymond & Flannigan/WFFNB, Attn: Bankruptcy, 1 Home Campus, MAC X2303-01A, Des Moines, IA 50328-0001 |
| 520632579 | | South Jersey Gas-Energy Efficiency Loan, P.O. Box 29352, Phoenix, AZ 85038-9352 |
| 520632597 | + | Washington Twp. Municipal Water & Sewer, WTMUA, P.O. Box 127, Grenloch, NJ 08032-0127 |
| 520658277 | + | Wydham Vacation Resorts, 6277 Sea Harbor Drive, Orlando, FL 32821-8043 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 19 2025 21:07:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 19 2025 21:07:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520632551 | | Email/Text: ally@ebn.phinsolutions.com | May 19 2025 21:06:00 | Ally Financial, Attn: Bankruptcy, PO Box 380906, Bloomington, MN 55438-0906 |
| 520632552 | + | Email/Text: jvalencia@amhfcu.org | May 19 2025 21:07:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 520632553 | | Email/Text: BarclaysBankDelaware@tsico.com | May 19 2025 21:07:00 | Barclays, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 520632555 | | Email/Text: BKPT@cfna.com | May 19 2025 21:06:00 | CFNA, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 520632554 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 19 2025 21:05:19 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520632556 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 19 2025 21:04:53 | Citibank/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520632557 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 19 2025 21:24:17 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520632558 | | Email/Text: documentfiling@lciinc.com | May 19 2025 21:06:00 | Comcast/Xfinity, P.O. Box 70219, Philadelphia, PA 19176-0219 |
| 520632559 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 19 2025 21:07:00 | Comenity Bank, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520632560 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 19 2025 21:07:00 | Comenity Capital/BJs Wholesale Club, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |

| ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 520632561 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 19 2025 21:07:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 520632562 | | Email/PDF: creditonebknotifications@resurgent.com | May 19 2025 21:23:39 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520632563 | | Email/PDF: DellBKNotifications@resurgent.com | May 19 2025 21:05:05 | Dell Financial Services, Attn: Bankruptcy, PO Box 81577, Austin, TX 78708-1577 |
| 520632569 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 19 2025 21:05:31 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E 60th St N, Sioux Falls, SD 57104-0432 |
| 520632564 | + | Email/Text: EBN@edfinancial.com | May 19 2025 21:06:00 | Edfinancial Services, PO Box 36008, Knoxville, TN 37930-6008 |
| 520632565 | | Email/Text: bnc-bluestem@quantum3group.com | May 19 2025 21:07:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 520632566 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 19 2025 21:05:23 | Gemb/Care Credit, Attn: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 520632567 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 19 2025 21:06:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 520632568 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 19 2025 21:06:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520632570 | | Email/Text: nsm_bk_notices@mrcooper.com | May 19 2025 21:06:00 | Mr Cooper, Attn: Bankruptcy, PO Box 613287, Dallas, TX 75261-3287 |
| 520632572 | | Email/Text: CollectionsDept@PFCU.COM | May 19 2025 21:06:00 | Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 Townsend Rd, Philadelphia, PA 19154-1003 |
| 520632571 | | Email/PDF: ebnotices@pnmac.com | May 19 2025 21:04:53 | Pennymac Loan Services, LLC, Attn: Correspondence, Unit PO Box 514387, Los Angeles, CA 90051-4387 |
| 520632573 | | Email/Text: BKMAIL@planethomelending.com | May 19 2025 21:06:00 | Planet Home Lending, LLC, 321 Research Pkwy, Ste 303, Meriden, CT 06450-8342 |
| 520632574 | + | Email/Text: bankruptcy1@pffcu.org | May 19 2025 21:06:00 | Police & Fire Federal Credit Union, 901 Arch St, Philadelphia, PA 19107-2495 |
| 520636743 | + | Email/Text: bankruptcy1@pffcu.org | May 19 2025 21:06:00 | Police & Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 520632576 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | May 19 2025 21:24:28 | Regional Acceptance Company, Attn: Bankruptcy, 1424 E Fire Tower Rd, Greenville, NC 27858-4105 |
| 520632577 | | Email/Text: enotifications@santanderconsumerusa.com | May 19 2025 21:07:00 | Santander Bank, Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 520632578 | ^ | MEBN | May 19 2025 20:56:57 | South Jersey Gas, P.O. Box 6091, Bellmawr, NJ 08099-6091 |
| 520632581 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 19 2025 21:05:23 | Syncb/Home Design Nahf, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520632582 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 19 2025 21:25:26 | Syncb/Modells, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520632583 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 19 2025 21:05:22 | Syncb/Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520632584 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 19 2025 21:05:01 | Syncb/Paypal, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520632585 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 19 2025 21:24:20 | Syncb/Venmo, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 520632580 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 19 2025 21:05:01 | Syncb/at Home Cc, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

Case 25-14312-JNP   Doc 15   Filed 05/21/25   Entered 05/22/25 00:14:34   Desc Imaged
                          Certificate of Notice   Page 4 of 6

| District/off: 0312-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: May 19, 2025 | Form ID: 132 | Total Noticed: 55 |

| Recip ID | Bypass/Method | Date/Time | Name and Address |
|---|---|---|---|
| 520632586 | Email/PDF: ais.sync.ebn@aisinfo.com | May 19 2025 21:24:31 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520632587 | Email/PDF: ais.sync.ebn@aisinfo.com | May 19 2025 21:05:13 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520632588 | Email/PDF: ais.sync.ebn@aisinfo.com | May 19 2025 21:25:31 | Synchrony Bank/Qvc, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520632589 | Email/PDF: ais.sync.ebn@aisinfo.com | May 19 2025 21:24:33 | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520632590 | Email/PDF: ais.sync.ebn@aisinfo.com | May 19 2025 21:23:39 | Synchrony/American Eagle, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520632591 | Email/PDF: ais.sync.ebn@aisinfo.com | May 19 2025 21:25:27 | Synchrony/HSN, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520632592 | Email/PDF: ais.sync.ebn@aisinfo.com | May 19 2025 21:24:18 | Synchrony/Paypal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 520632594 | Email/Text: bncmail@w-legal.com | May 19 2025 21:07:00 | TD Bank/Target Card, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 520632593 | Email/Text: bankruptcy@td.com | May 19 2025 21:07:00 | Td Bank/Raymour & Flanigan, Attn: Bankruptcy, 1701 Marlton Pike E, Cherry Hill, NJ 08003-2390 |
| 520648354 | + Email/Text: louis@tributecap.com | May 19 2025 21:06:00 | Time Investment Company, c/o Tribute Capital Partners, LLC, P.O. Box 167762, Irving, TX 75016-7762 |
| 520632595 | Email/Text: bankruptcy@timeinvestment.com | May 19 2025 21:07:00 | Time Investment Company, Inc., Attn: Bankruptcy, 100 N 6th Ave, West Bend, WI 53095-3306 |
| 520632596 | Email/Text: dbogucki@trumark.org | May 19 2025 21:07:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 520647936 | + Email/Text: EBN@edfinancial.com | May 19 2025 21:06:00 | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 520632598 | Email/Text: bankruptcydept@wyn.com | May 19 2025 21:07:00 | Wyndham Vacation Ownership, Attn: Bankruptcy, PO Box 98940, Las Vegas, NV 89193-8940 |

TOTAL: 50

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520658231 | *+ | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 520658232 | * | Barclays, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 520658234 | * | CFNA, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 520658233 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520658235 | * | Citibank/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520658236 | * | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520658237 | * | Comcast/Xfinity, P.O. Box 70219, Philadelphia, PA 19176-0219 |
| 520658238 | * | Comenity Bank, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520658239 | * | Comenity Capital/BJs Wholesale Club, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520658240 | * | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 520658241 | * | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520658242 | *P++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577, address filed with court:, Dell Financial Services, Attn: Bankruptcy, PO Box 81577, Austin, TX 78708-1577 |
| 520658248 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macy's/ DSNB, Atytn: Bankruptcy, 701 E 60th St N, Sioux Falls, SD 57104-0432 |
| 520658243 | *+ | Edfinancial Services, PO Box 36008, Knoxville, TN 37930-6008 |
| 520658244 | * | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

| District/off: 0312-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: May 19, 2025 | Form ID: 132 | Total Noticed: 55 |

| | | |
|---|---|---|
| 520658245 | * | Gemb/Care Credit, Attn: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 520658246 | * | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 520658247 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520658249 | * | Mr Cooper, Attn: Bankruptcy, PO Box 613287, Dallas, TX 75261-3287 |
| 520658251 | *P++ | PHILADELPHIA FEDERAL CREDIT UNION, ATTN BONNIE, 12800 TOWNSEND RD, PHILADELPHIA PA 19154-1095, address filed with court:, Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 Townsend Rd, Philadelphia, PA 19154-1003 |
| 520658250 | * | Pennymac Loan Services, LLC, Attn: Correspondence, Unit PO Box 514387, Los Angeles, CA 90051-4387 |
| 520658252 | * | Planet Home Lending, LLC, 321 Research Pkwy, Ste 303, Meriden, CT 06450-8342 |
| 520658253 | *+ | Police & Fire Federal Credit Union, 901 Arch St, Philadelphia, PA 19107-2495 |
| 520658254 | * | Raymond & Flannigan/WFFNB, Attn: Bankruptcy, 1 Home Campus, MAC X2303-01A, Des Moines, IA 50328-0001 |
| 520658255 | * | Regional Acceptance Company, Attn: Bankruptcy, 1424 E Fire Tower Rd, Greenville, NC 27858-4105 |
| 520658256 | * | Santander Bank, Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 520658257 | *+ | South Jersey Gas, P.O. Box 6091, Bellmawr, NJ 08099-6091 |
| 520658258 | * | South Jersey Gas-Energy Efficiency Loan, P.O. Box 29352, Phoenix, AZ 85038-9352 |
| 520658260 | * | Syncb/Home Design Nahf, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520658261 | * | Syncb/Modells, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520658262 | * | Syncb/Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520658263 | * | Syncb/Paypal, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520658264 | * | Syncb/Venmo, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 520658259 | * | Syncb/at Home Cc, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520658265 | * | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520658266 | * | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520658267 | * | Synchrony Bank/Qvc, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520658268 | * | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520658269 | * | Synchrony/American Eagle, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520658270 | * | Synchrony/HSN, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520658271 | * | Synchrony/Paypal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 520658273 | * | TD Bank/Target Card, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 520658272 | * | Td Bank/Raymour & Flanigan, Attn: Bankruptcy, 1701 Marlton Pike E, Cherry Hill, NJ 08003-2390 |
| 520658274 | * | Time Investment Company, Inc., Attn: Bankruptcy, 100 N 6th Ave, West Bend, WI 53095-3306 |
| 520658275 | * | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 520658276 | *+ | Washington Twp. Municipal Water & Sewer, WTMUA, P.O. Box 127, Grenloch, NJ 08032-0127 |

TOTAL: 0 Undeliverable, 46 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Cameron Deane | on behalf of Creditor American Heritage Federal Credit Union cdeane@weltman.com |
| Denise E. Carlon | on behalf of Creditor PLANET HOME LENDING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 5 of 5 |
| Date Rcvd: May 19, 2025 | Form ID: 132 | Total Noticed: 55 |

Jeanie D. Wiesner
    on behalf of Debtor Margaret A McAnany Barksdale jeanie@sadeklaw.com
    brad@sadeklaw.com;service@sadeklaw.com;ginna@sadeklaw.com;Wiesner.JeanieB140679@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5