UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SADEK LAW OFFICES
701 East Gate Dr., Ste 129
Mt. Laurel, NJ 08054
(856) 890-9003; Fax (215) 545-0611
Attorney(s) for Debtor(s)
jeanie@sadeklaw.com

In Re:
Margaret A. McAnany Barksdale

Case No.: 25-14312 (JNP)
Chapter: 13
Adv. No.:
Hearing Date:
Judge: Jerrold N. Poslunsy

# CERTIFICATION OF SERVICE

1. I, Jeanie D. Wiesner, Esq. :

   ☒ represent Debtor in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On May 25, 2025, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Notice of Chapter 13 Case; Order Respecting Amendments; Certification of Service

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: May 25, 2025

/s/ Jeanie D. Wiesner, Esq.
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| US Trustee's Office<br>One Newark Center<br>1085 Raymond Blvd., Ste 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  CM/ECF<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Andrew Finberg<br>535 Route 38 S., Ste 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  CM/ECF<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Wydham Vacation Resorts<br>Attn.: Managing Agent/General Agent/Pres./Bank Dept.<br>6277 Sea Harbor Drive<br>Orlando, FL 32821 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  CM/ECF<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*