**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

SADEK LAW OFFICES
701 East Gate Drive, Ste 129
Mt. Laurel, NJ 08054
(856) 890-9003; Fax (215) 545-0611
Attorneys for Debtor

| | | |
|---|---|---|
| In re: | : | IN BANKRUPTCY |
| | : | CHAPTER 13 |
| Margaret A. McAnany Barksdale | : | |
| | : | CASE NO. 25-14312 (JNP) |
| | : | HEARING DATE: |
| | : | ORAL ARGUMENT WAIVED |

**CERTIFICATION OF COUNSEL FOR FEES EARNED**

Jeanie D. Wiesner, Esq., as counsel for Debtor, by way of Certification, hereby states:

1. The Debtor retained the firm of Sadek Law Offices to represent her in the filing of Chapter 13 Bankruptcy for the purposes of curing mortgage arrears. The case was filed on April 25, 2025;

2. The firm has represented the Debtor in a 341(a) hearing, filed necessary amendments, and communicated with the Debtor in great detail with regard to their matter.

3. Additionally, our office spent significant time communicating with the Debtor by both email, regular mail and by phone regarding various matters throughout their case and filed amendments as per the client's request. We also communicated with counsel for the mortgage lender in connection with Objection to Confirmation of Plan, resolving the issue.

4.. Based on the foregoing, our office is requesting that the balance of fees due as per the filed Chapter 13 Plan be disbursed to Sadek Law Offices.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

SADEK LAW OFFICES

Dated: October 17, 2025                                   /s/ Jeanie D. Wiesner
                                                          Jeanie D. Wiesner