Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  25−14312−JNP
        Chapter:  13
        Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Margaret A McAnany Barksdale
   aka Margaret A McAnany
   24 Stag Run
   Sewell, NJ 08080

Social Security No.:
   xxx−xx−2061

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/16/25.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 16, 2025
JAN: cm

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Margaret A McAnany Barksdale  
    Debtor

Case No. 25-14312-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 5  
Date Rcvd: Oct 16, 2025      Form ID: 148      Total Noticed: 63

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Margaret A McAnany Barksdale, 24 Stag Run, Sewell, NJ 08080-3301 |
| 520632575 | | Raymond & Flannigan/WFFNB, Attn: Bankruptcy, 1 Home Campus, MAC X2303-01A, Des Moines, IA 50328-0001 |
| 520658718 | + | Rosheam A. Barksdale, 800 Cottman Avenue, Apartment 418, Philadelphia, PA 19111-3158 |
| 520632579 | | South Jersey Gas-Energy Efficiency Loan, P.O. Box 29352, Phoenix, AZ 85038-9352 |
| 520632597 | + | Washington Twp. Municipal Water & Sewer, WTMUA, P.O. Box 127, Grenloch, NJ 08032-0127 |
| 520658277 | + | Wydham Vacation Resorts, 6277 Sea Harbor Drive, Orlando, FL 32821-8043 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 16 2025 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 16 2025 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520664633 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 16 2025 21:03:19 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520632551 | | EDI: GMACFS.COM | Oct 17 2025 00:37:00 | Ally Financial, Attn: Bankruptcy, PO Box 380906, Bloomington, MN 55438-0906 |
| 520632552 | + | Email/Text: jvalencia@amhfcu.org | Oct 16 2025 20:52:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 520632553 | | EDI: TSYS2 | Oct 17 2025 00:37:00 | Barclays, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 520632555 | | EDI: CRFRSTNA.COM | Oct 17 2025 00:37:00 | CFNA, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 520632554 | | EDI: CAPITALONE.COM | Oct 17 2025 00:37:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520632556 | | EDI: CITICORP | Oct 17 2025 00:37:00 | Citibank/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520632557 | | EDI: CITICORP | Oct 17 2025 00:37:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520632558 | | EDI: COMCASTCBLCENT | Oct 17 2025 00:37:00 | Comcast/Xfinity, P.O. Box 70219, Philadelphia, PA 19176-0219 |
| 520632559 | | EDI: WFNNB.COM | Oct 17 2025 00:37:00 | Comenity Bank, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 520632560 | | EDI: WFNNB.COM | Oct 17 2025 00:37:00 | Comenity Capital/BJs Wholesale Club, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520632561 | | EDI: WFNNB.COM | Oct 17 2025 00:37:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 520632562 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 16 2025 21:14:50 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520632563 | | Email/PDF: DellBKNotifications@resurgent.com | Oct 16 2025 21:03:40 | Dell Financial Services, Attn: Bankruptcy, PO Box 81577, Austin, TX 78708-1577 |
| 520632569 | | EDI: CITICORP | Oct 17 2025 00:37:00 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E 60th St N, Sioux Falls, SD 57104-0432 |
| 520632564 | + | Email/Text: EBN@edfinancial.com | Oct 16 2025 20:51:00 | Edfinancial Services, PO Box 36008, Knoxville, TN 37930-6008 |
| 520632565 | | EDI: BLUESTEM | Oct 17 2025 00:37:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 520632566 | | EDI: SYNC | Oct 17 2025 00:37:00 | Gemb/Care Credit, Attn: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 520632567 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 16 2025 20:51:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 520632568 | + | EDI: IRS.COM | Oct 17 2025 00:37:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520707248 | | EDI: JEFFERSONCAP.COM | Oct 17 2025 00:37:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520632570 | | Email/Text: nsm_bk_notices@mrcooper.com | Oct 16 2025 20:51:00 | Mr Cooper, Attn: Bankruptcy, PO Box 613287, Dallas, TX 75261-3287 |
| 520632572 | | Email/Text: CollectionsDept@PFCU.COM | Oct 16 2025 20:51:00 | Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 Townsend Rd, Philadelphia, PA 19154-1003 |
| 520722983 | | EDI: PRA.COM | Oct 17 2025 00:37:00 | Portfolio Recovery Associates, LLC, c/o Bjs, POB 41067, Norfolk VA 23541 |
| 520691286 | | EDI: PRA.COM | Oct 17 2025 00:37:00 | Portfolio Recovery Associates, LLC, c/o Credit Asset Sales LLC, POB 41067, Norfolk VA 23541 |
| 520632571 | | Email/PDF: ebnotices@pnmac.com | Oct 16 2025 21:03:52 | Pennymac Loan Services, LLC, Attn: Correspondence, Unit PO Box 514387, Los Angeles, CA 90051-4387 |
| 520706840 | + | Email/Text: BKMAIL@planethomelending.com | Oct 16 2025 20:51:00 | Planet Home Lending, LLC, 321 Research Pkwy #303, Meriden, CT 06450-8342 |
| 520632573 | | Email/Text: BKMAIL@planethomelending.com | Oct 16 2025 20:51:00 | Planet Home Lending, LLC, 321 Research Pkwy, Ste 303, Meriden, CT 06450-8342 |
| 520632574 | + | Email/Text: bankruptcy1@pffcu.org | Oct 16 2025 20:51:00 | Police & Fire Federal Credit Union, 901 Arch St, Philadelphia, PA 19107-2495 |
| 520636743 | + | Email/Text: bankruptcy1@pffcu.org | Oct 16 2025 20:51:00 | Police & Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 520632576 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Oct 16 2025 21:03:52 | Regional Acceptance Company, Attn: Bankruptcy, 1424 E Fire Tower Rd, Greenville, NC 27858-4105 |
| 520712741 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 16 2025 21:03:24 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520632577 | | Email/Text: enotifications@santanderconsumerusa.com | Oct 16 2025 20:52:00 | Santander Bank, Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 520680003 | + | Email/Text: DeftBkr@santander.us | | |

Case 25-14312-JNP    Doc 27    Filed 10/18/25    Entered 10/19/25 00:16:05    Desc Imaged
                        Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Oct 16, 2025 | Form ID: 148 | Total Noticed: 63 |

| | | | | |
|---|---|---|---|---|
| | | | Oct 16 2025 20:52:00 | Santander Bank, N.A., 1130 Berkshire Boulevard, MC: PA-WYO-BKR, Wyomissing, PA 19610-1242 |
| 520632578 | ^ | MEBN | | |
| | | | Oct 16 2025 20:49:16 | South Jersey Gas, P.O. Box 6091, Bellmawr, NJ 08099-6091 |
| 520632581 | | EDI: SYNC | | |
| | | | Oct 17 2025 00:37:00 | Syncb/Home Design Nahf, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520632582 | | EDI: SYNC | | |
| | | | Oct 17 2025 00:37:00 | Syncb/Modells, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520632583 | | EDI: SYNC | | |
| | | | Oct 17 2025 00:37:00 | Syncb/Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520632584 | | EDI: SYNC | | |
| | | | Oct 17 2025 00:37:00 | Syncb/Paypal, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520632585 | | EDI: SYNC | | |
| | | | Oct 17 2025 00:37:00 | Syncb/Venmo, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 520632580 | | EDI: SYNC | | |
| | | | Oct 17 2025 00:37:00 | Syncb/at Home Cc, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520632586 | | EDI: SYNC | | |
| | | | Oct 17 2025 00:37:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520632587 | | EDI: SYNC | | |
| | | | Oct 17 2025 00:37:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520632588 | | EDI: SYNC | | |
| | | | Oct 17 2025 00:37:00 | Synchrony Bank/Qvc, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520632589 | | EDI: SYNC | | |
| | | | Oct 17 2025 00:37:00 | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520632590 | | EDI: SYNC | | |
| | | | Oct 17 2025 00:37:00 | Synchrony/American Eagle, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520632591 | | EDI: SYNC | | |
| | | | Oct 17 2025 00:37:00 | Synchrony/HSN, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520632592 | | EDI: SYNC | | |
| | | | Oct 17 2025 00:37:00 | Synchrony/Paypal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 520632594 | | EDI: WTRRNBANK.COM | | |
| | | | Oct 17 2025 00:37:00 | TD Bank/Target Card, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 520632593 | | EDI: TDBANKNORTH.COM | | |
| | | | Oct 17 2025 00:37:00 | Td Bank/Raymour & Flanigan, Attn: Bankruptcy, 1701 Marlton Pike E, Cherry Hill, NJ 08003-2390 |
| 520648354 | + | Email/Text: louis@tributecap.com | | |
| | | | Oct 16 2025 20:51:00 | Time Investment Company, c/o Tribute Capital Partners, LLC, P.O. Box 167762, Irving, TX 75016-7762 |
| 520632595 | | Email/Text: bankruptcy@timeinvestment.com | | |
| | | | Oct 16 2025 20:52:00 | Time Investment Company, Inc., Attn: Bankruptcy, 100 N 6th Ave, West Bend, WI 53095-3306 |
| 520632596 | | Email/Text: dbogucki@trumark.org | | |
| | | | Oct 16 2025 20:52:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 520647936 | + | Email/Text: EBN@edfinancial.com | | |
| | | | Oct 16 2025 20:51:00 | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 520632598 | | Email/Text: bankruptcydept@wyn.com | | |
| | | | Oct 16 2025 20:52:00 | Wyndham Vacation Ownership, Attn: Bankruptcy, PO Box 98940, Las Vegas, NV 89193-8940 |

TOTAL: 57

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520658231 | *+ | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 520658232 | * | Barclays, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 520658234 | * | CFNA, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 520658233 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520658235 | * | Citibank/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520658236 | * | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520658237 | * | Comcast/Xfinity, P.O. Box 70219, Philadelphia, PA 19176-0219 |
| 520658238 | * | Comenity Bank, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520658239 | * | Comenity Capital/BJs Wholesale Club, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520658240 | * | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 520658241 | * | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520658242 | *P++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577, address filed with court:, Dell Financial Services, Attn: Bankruptcy, PO Box 81577, Austin, TX 78708-1577 |
| 520658248 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macy's/ DSNB, Atytn: Bankruptcy, 701 E 60th St N, Sioux Falls, SD 57104-0432 |
| 520658243 | *+ | Edfinancial Services, PO Box 36008, Knoxville, TN 37930-6008 |
| 520658244 | * | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 520658245 | * | Gemb/Care Credit, Attn: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 520658246 | * | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 520658247 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520658249 | * | Mr Cooper, Attn: Bankruptcy, PO Box 613287, Dallas, TX 75261-3287 |
| 520658251 | *P++ | PHILADELPHIA FEDERAL CREDIT UNION, ATTN BONNIE, 12800 TOWNSEND RD, PHILADELPHIA PA 19154-1095, address filed with court:, Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 Townsend Rd, Philadelphia, PA 19154-1003 |
| 520658250 | * | Pennymac Loan Services, LLC, Attn: Correspondence, Unit PO Box 514387, Los Angeles, CA 90051-4387 |
| 520658252 | * | Planet Home Lending, LLC, 321 Research Pkwy, Ste 303, Meriden, CT 06450-8342 |
| 520658253 | *+ | Police & Fire Federal Credit Union, 901 Arch St, Philadelphia, PA 19107-2495 |
| 520658254 | * | Raymond & Flannigan/WFFNB, Attn: Bankruptcy, 1 Home Campus, MAC X2303-01A, Des Moines, IA 50328-0001 |
| 520658255 | * | Regional Acceptance Company, Attn: Bankruptcy, 1424 E Fire Tower Rd, Greenville, NC 27858-4105 |
| 520658256 | * | Santander Bank, Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 520658257 | *+ | South Jersey Gas, P.O. Box 6091, Bellmawr, NJ 08099-6091 |
| 520658258 | * | South Jersey Gas-Energy Efficiency Loan, P.O. Box 29352, Phoenix, AZ 85038-9352 |
| 520658260 | * | Syncb/Home Design Nahf, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520658261 | * | Syncb/Modells, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520658262 | * | Syncb/Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520658263 | * | Syncb/Paypal, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520658264 | * | Syncb/Venmo, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 520658259 | * | Syncb/at Home Cc, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520658265 | * | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520658266 | * | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520658267 | * | Synchrony Bank/Qvc, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520658268 | * | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520658269 | * | Synchrony/American Eagle, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520658270 | * | Synchrony/HSN, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520658271 | * | Synchrony/Paypal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 520658273 | * | TD Bank/Target Card, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 520658272 | * | Td Bank/Raymour & Flanigan, Attn: Bankruptcy, 1701 Marlton Pike E, Cherry Hill, NJ 08003-2390 |
| 520658274 | * | Time Investment Company, Inc., Attn: Bankruptcy, 100 N 6th Ave, West Bend, WI 53095-3306 |
| 520658275 | * | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 520658276 | *+ | Washington Twp. Municipal Water & Sewer, WTMUA, P.O. Box 127, Grenloch, NJ 08032-0127 |
| 520658712 | *+ | Wydham Vacation Resorts, 6277 Sea Harbor Drive, Orlando, FL 32821-8043 |

TOTAL: 0 Undeliverable, 47 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

Case 25-14312-JNP    Doc 27    Filed 10/18/25    Entered 10/19/25 00:16:05    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0312-1 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Oct 16, 2025 | Form ID: 148 | Total Noticed: 63 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Oct 18, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Cameron Deane | on behalf of Creditor American Heritage Federal Credit Union cdeane@weltman.com |
| Denise E. Carlon | on behalf of Creditor PLANET HOME LENDING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jeanie D. Wiesner | on behalf of Debtor Margaret A McAnany Barksdale jeanie@sadeklaw.com brad@sadeklaw.com;service@sadeklaw.com;ginna@sadeklaw.com;Wiesner.JeanieB140679@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6